# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| VINTAGE CONSTRUCTION, INC., | CV 11-88-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| NAUTILUS INSURANCE COMPANY, an Arizona Corporation, and JOHN DOES 1-10, | |
| Defendants. | |

_____

| | |
|---|---|
| ROARING LION, LLC, a Montana Limited Liability Company, | CV 11-2-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| NAUTILUS INSURANCE COMPANY, an Arizona Corporation, | |
| Defendant. | |

_____

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with

prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 16th day of November, 2011

    /s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge